IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00108-MSK-BNB

RONALD RICHARD CREIGHTON, JR.,

Plaintiff,

v.

UNKNOWN NUMBER OF GREENWOOD VILLAGE POLICE DEPT.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

The plaintiff filed his Prisoner Complaint (the "Complaint") on January 23, 2006. The Complaint names as defendants "unknown number of Greenwood Village Police Dept." On March 29, 2006, I ordered the plaintiff to identify the defendants by name. On May 9, 2006, the plaintiff filed a motion to amend the complaint wherein he provides the names and addresses of the defendants. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated May 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00108-MSK-BNB

Ronald Richard Creighton, Jr.
Prisoner No. 200500008800
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Sgt. Thompson, Officer Ulrich,
Officer Laska, Officer Dean, Bruce Davis and Det. Carr


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal for service of process on Sgt. Thompson, Officer Ulrich, Officer Laska, Officer Dean, Bruce Davis and Det. Carr: COMPLAINT FILED 1/23/06, MOTION FILED 5/9/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/19/06.

                                                                 GREGORY C. LANGHAM, CLERK

                                                                 By: _____
                                                                                 Deputy Clerk